1  Robert De Vries - SBN 95001
   **LAW OFFICES OF ROBERT DE VRIES**
2  1388 Sutter Street, Suite 1010
   San Francisco, CA 94109
3  Tel: (415) 546-5100

4  Attorney for Plaintiff
5  WARREN KENT KHTIKIAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WARREN KENT KHTIKIAN | Case No. 22-cv-00847-JSW |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION; AND [PROPOSED] ORDER** |
| ARROWOOD INDEMNITY COMPANY | |
| Defendant. | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Pursuant to the Federal Rules of Civil Procedure 41, the parties in this action, Plaintiff Warren Kent Khtikian and Defendant Arrowood Indemnity Company, through there designated counsel, HEREBY STIPULATE AND AGREE to dismiss all claims in this action, i.e. to dismiss it in its entirety, without prejudice. Each party shall bear their own attorneys' fees, and its own costs, and expenses.

Date: July __15__, 2022

/s/ Robert De Vries
_____
Robert De Vries

ROBERT DE VRIES

LAW OFFICES OF ROBERT DE VRIES
1388 Sutter Street, Suite 1010
San Francisco, CA 94109
(415) 546-5100
rd@devrieslaw.com

Attorney for Plaintiff
WARREN KENT KHTIKIAN

Date: July 13, 2022

/s/ Bruce D. Celebrezze
_____
Bruce D. Celebrezze    (consent to electronic signature
obtained July 14, 2022)
BRUCE D. CELEBREZZE
BRIAN D. HARRISON
DAVID RHODES
CLYDE & CO US LLP
150 California Street, Suite 1500
San Francisco, CA 94111
(415) 365-9800
Bruce.Celebrezze@clydeco.us

Attorneys for Defendant
ARROWOOD INDEMNITY COMPANY

**[PROPOSED ORDER]**

Based on the parties' stipulation above, IT IS SO ORDERED and ADJUDGED that this action is dismissed without prejudice in its entirety, and with the parties to each bear their own respective attorneys' fees, and its own costs, and expenses.

Date: July 15, 2022
_____
Hon. Jeffrey S. White, United States District Judge

2